IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SOUTHEASTERN NEWSPAPER　　　　*
COMPANY, LLC,　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　*
　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　*　　　　CV 111-04
　　　　　　　　　　　　　　　　*
ERIC H. HOLDER, JR., Attorney　*
General, U.S. Department of　　*
Justice, and UNITED STATES　　 *
MARSHALS SERVICE,　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　Defendants.　　　　　　 *

### ORDER

On February 11, 2011, the Court granted a joint motion to stay these proceedings pending the decision of the United States Court of Appeals for the Eleventh Circuit in Karantsalis v. U.S. Dept. of Justice, No. 10-10229. (See Doc. no. 7.) The Eleventh Circuit has since reached a decision in Karantsalis, but the plaintiff in that case has now filed a Petition for En Banc Rehearing. Consequently, the parties have filed a consent motion to continue to stay these proceedings until Karantsalis is fully resolved. (Doc. no. 16.)

Upon due consideration, the parties' motion is **GRANTED** and this case shall remain **STAYED** until the Eleventh Circuit resolves Karantsalis. When that time comes, the

parties **SHALL** notify the Court within fourteen (14) days by filing a motion to lift the stay and a proposed joint scheduling order that sets forth a timeline for the remainder of the case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of May, 2011.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia