IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN NEWSPAPER COMPANY, LLC, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 111-04 |
| ERIC H. HOLDER, JR., Attorney General, U.S. Department of Justice, and UNITED STATES MARSHALS SERVICE, | * * * * * | |
| Defendants. | | |

### O R D E R

On January 11, 2011, Plaintiff filed suit against Defendants alleging violations of the Freedom of Information Act and the First Amendment. (Doc. no. 1.) On May 3, 2011, the Court granted a stay pending the outcome of <u>Karantsalis v. U.S. Dept. of Justice</u>, 635 F.3d 497 (11th Cir. 2011), a case that was pending before the United States Court of Appeals for the Eleventh Circuit. (Doc. no. 17.) Based on the recent decision in that case, the parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a Stipulation of Dismissal. (Doc. no. 20.)

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 17th day of February, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA